# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benitez, Roger T. | U. S. District Court, Southern District of California | 03/20/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

940 Front Street
San Diego, California 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor of Estate | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Executor fees | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | California State Teachers Retirement |
| 2. | 2012 | self employed-- tutoring |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Chase Morgan Mortgage | Mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 2 El Centro, Ca (98,026) | D | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, Ca (106,694) | | None | M | S | | | | | |
| 3. Parcel 4 Salton City, Ca (2,508) | | None | J | S | | | | | |
| 4. Parcel 5 San Diego, CA (310,000) (X) | E | Rent | N | S | | | | | |
| 5. Northern Life Annuity/ING | B | Interest | K | T | | | | | |
| 6. Brokerage account-- MSSB--- | | | | | | | | | |
| 7. Citibank- Bank Deposit Program | B | Interest | K | T | | | | | |
| 8. Automatic Data Processing ADP-common stock | A | Dividend | K | T | Buy (add'l) | 06/04/12 | J | | |
| 9. BP PLC Sponsor BP- common stock | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 10. Berkshire Hathaway B-BRKB-common stock | | None | K | T | | | | | |
| 11. Bristol Myers BMY sommon stock | A | Dividend | J | T | | | | | |
| 12. Caterpillar (CAT) | A | Dividend | | | Sold | 04/12/12 | J | A | |
| 13. Centurylink CTL common stock | A | Dividend | J | T | Buy (add'l) | 06/4/12 | J | | |
| 14. Chevron Corp.-CVX-common stock | A | Dividend | J | T | | | | | |
| 15. Ei Dupont-DD-common stock | A | Dividend | | | Buy (add'l) | 06/20/12 | J | | |
| 16. | | | | | Sold | 11/20/12 | J | A | |
| 17. General Electric- GE-common stock | A | Dividend | K | T | Buy (add'l) | 06/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pitney Bowes, Inc.-PBI-common stock | A | Dividend | | | Sold | 02/25/12 | J | A | |
| 19. Duke Energy DUK-FKA Progress Energy-common stock | B | Dividend | K | T | Buy (add'l) | 06/04/12 | J | | |
| 20. Proctor & Gamble-PG-common stock | A | Dividend | J | T | | | | | |
| 21. At&t (T) | A | Dividend | J | T | | | | | |
| 22. Freeport McMoran (FCX) | A | Dividend | | | Sold | 03/05/12 | J | A | |
| 23. | | | J | T | Buy | 09/14/12 | J | | |
| 24. Teva Pharm (TEVA) | A | Dividend | | | Sold | 05/17/12 | J | A | |
| 25. Chicago Board of Trades (CBOE) | A | Dividend | | | Sold | 05/08/12 | J | A | |
| 26. Annaly Capital --NLY | A | Dividend | | | Buy | 02/17/12 | J | | |
| 27. | | | | | Sold | 10/15/12 | J | A | |
| 28. National Fuel Gas Co. (NFG) | | None | J | T | Buy | 02/15/12 | J | | |
| 29. Ares Capital- (ARCC) | A | Interest | J | T | Buy | 02/17/12 | J | | |
| 30. Vale S.A - (VALE) | | None | | | Buy | 03/02/12 | J | | |
| 31. | | | J | T | Buy (add'l) | 06/20/12 | J | | |
| 32. Royal Dutch Shell- (RDS'B) | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 33. Wells Fargo Bank-(WFC) | | None | | | Buy | 02/15/12 | J | | |
| 34. | | | | | Sold | 02/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameren Corp- AEE common stock | A | Dividend | | | Sold | 11/14/12 | J | A | |
| 36. Brokerage account-- LPL | | | | | | | | | |
| 37. Crosstex Energy LP- limited partnership interest--XTEX | A | Dividend | J | T | | | | | |
| 38. Natural Resource Partners (NRP) | A | Dividend | | | Buy (add'l) | 02/12/12 | J | | |
| 39. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 40. | | | | | Sold | 11/12/12 | K | B | |
| 41. Mueller Water Products--MWA | A | Dividend | | | Sold | 11/14/12 | J | A | |
| 42. Tortoise MLP Fund--NTG | A | Dividend | | | Sold | 11/15/12 | J | A | |
| 43. Dinuba CA Fing Wastewtr Reclamation Reclamation----- Bond | A | Interest | | | Sold | 07/20/12 | J | B | |
| 44. Travelzoo, Inc (TZOO) | | None | | | Sold | 10/12/12 | J | A | |
| 45. Gulf IS Fabrication (GIFI) | A | Dividend | | | Sold | 10/26/12 | J | A | |
| 46. Health Care Reit, Inc. (HCN) | A | Dividend | J | T | | | | | |
| 47. First Trust Energy Infra Fund (FIF) | A | Dividend | J | T | | | | | |
| 48. Teekay LNG Partners- Limited Partnership (TGP) | | None | J | T | Buy | 12/04/12 | J | | |
| 49. First Trust MLP & Energy Income Fund-- (FEI) | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 50. Capstead Mortgage REIT-(CMO) | A | Dividend | | | Buy | 07/27/12 | J | | |
| 51. | | | | | Sold | 10/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>Benitez, Roger T. | Date of Report<br><br>03/20/2013 |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Stag Industrial --(STAG) | A | Dividend | J | T | Buy | 09/07/12 | J | | |
| 53. Columbia Strategic Fund Income Class A-- (COSIX) (X) | A | Dividend | J | T | | | | | |
| 54. Franklin Fund-small cap growth fund I- FRSGX class | A | Interest | J | T | | | | | |
| 55. Valic--- | | | | | | | | | |
| 56. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 57. Valic Midcap Strat. GR./Morgan Stanley | A | Interest | J | T | | | | | |
| 58. AIG Valic Mid Cap Fund (Wellington) | A | Interest | K | T | | | | | |
| 59. Valic Small Cap Special Value-Evergreen/ Putnam | A | Interest | J | T | | | | | |
| 60. Valic International Small Cap Equity/ AIG | A | Interest | J | T | | | | | |
| 61. Washington Mutual-(now Chase Bank-) aggregate | A | Interest | N | T | | | | | |
| 62. San Diego County Credit Union aggregate | A | Interest | M | T | | | | | |
| 63. Bank of America aggregate | A | Interest | K | T | | | | | |
| 64. Scottrade - moneymarket (Y) | | | | | | | | | |
| 65. Baidu, Inc. (BIDU) | | None | | | Sold | 12/21/12 | J | A | |
| 66. American Airlines- AAMRQ common stock | | None | J | T | Buy | 02/09/12 | J | | |
| 67. Executor of Estate--- | | | | | | | | | |
| 68. Chase Mnahattan (aggregate) | A | Interest | | | Closed | 10/16/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citibank (aggregate) | A | Interest | | | Closed | 10/16/12 | M | | |
| 70. California Bank and Trust | A | Interest | K | T | | | | | |
| 71. ---Property 1,Tampa Florida, $52,871 | A | Rent | | | Sold | 03/09/12 | K | A | |
| 72. ---Property 2, Tampa Florida, $60,801 | | None | | | Sold | 02/10/12 | L | A | |
| 73. ---Property 3, St. Cloud, Florida, $72,000 | | None | | | Sold | 08/24/12 | K | A | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 23 and 24 and 38  of prior years report were deleted as value was either zero (0) or below reporting limit.

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 03/20/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544